UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

BENJAMIN MORALES,

    Plaintiff,

v.

PRISON HEALTH SERVICES, *et al.*,

    Defendants.

CASE NO.: 3:12-CV-00147-RCJ-VPC

O R D E R

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #29) entered on October 21, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's motion for voluntary dismissal without prejudice and deny without prejudice as moot Defendant's motion for summary judgment. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #29).

    IT IS HEREBY ORDERED that Plaintiff's Motion to Voluntarily Dismiss (#26) is GRANTED.

///

///

1    IT IS FURTHER ORDERED that Defendant's Motion for Leave to File Exhibits A and B

2 under seal in Support of Motion for Summary Judgment (ECF #20) is GRANTED.

3    IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (ECF #21)

4 is DENIED without prejudice as MOOT.  The Clerk shall enter judgment accordingly and close this

5 case.

6    IT IS SO ORDERED this 8th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE