UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN MORALES,<br><br>        Plaintiff,<br><br>vs.<br><br>PRISON HEALTHE SERVICES et al.,<br><br>        Defendants. | Case No.: 3:12-cv-00147-RCJ-VPC<br><br>**ORDER** |

The Court has granted Plaintiff's motion to voluntarily dismiss, and the Clerk closed the case. Plaintiff has filed another version of the complaint in this file. (*See* ECF No. 35). A Defendant has moved to strike the pleading. The Court grants the motion. The case is closed. Plaintiff must file a new action if he wishes to bring his claims again.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Strike (ECF No. 37) is GRANTED.

IT IS SO ORDERED.

Dated this 16th day of June, 2014.

                                              ROBERT C. JONES<br>                                              United States District Judge